| Criminal Case Cover Sheet | | U.S. District Court |
|---|---|---|
| **Place of Offense:** | | |
| City _____Hagåtña_____ | **Related Case Information:** | **06-00015** |
| Country/Parish _____ | Superseding Indictment _____ Docket Number _____ | |
| | Same Defendant _____ New Defendant __X__ | |
| | Search Warrant Case Number _____ | |
| | R 20/ R 40 from District of _____ | |

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name _____HENRY AUN KWANG LIM_____

Alias Name _____

Address _____Malaysia_____

_____

Birthdate __1976__ SS# _____ Sex __M__ Race __A__ Nationality __Chinese__

**RECEIVED**
APR 21 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

AUSA _____Frederick A. Black_____

**Interpreter:** _____ No __X__ Yes    List language and/or dialect: __Chinese/Cantonese__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1029(a)(3) & 2 | Fraud Using Counterfeit Access Devices | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __4-21-06__    Signature of AUSA: _____Fred A. Black_____

Case 1:06-cr-00015   Document 1-2   Filed 04/21/2006   Page 1 of 1