RECEIVED
APR 21 2006
US MARSHALS SERVICE-GUAM

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

THING CHUNG ONG

**WARRANT FOR ARREST**

Case Number: CR-06-00015-003

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **THING CHUNG ONG**
                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

FRAUD USING COUNTERFEIT ACCESS DEVICES

**FILED**
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

in violation of Title __18__ United States Code, Section(s) __1029(a)(3) & 2__

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

4/21/2006
Date

Hagatna, Guam
Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USMS Hagatna Gu

| DATE RECEIVED 4/21/06 | NAME AND TITLE OF ARRESTING OFFICER GENE M. COX   Special Agent | SIGNATURE OF ARRESTING OFFICER [signature] |
| --- | --- | --- |
| DATE OF ARREST 4/21/06 | | |

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: THING CHUNG ONG

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: WEIGHT:

SEX: RACE:

HAIR: EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: