# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Kiat Boon Lee and Thing Chung Ong, <br><br> Defendant. | Case No. 1:06-cr-00015 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order of Detention filed April 21, 2006*, on the dates indicated below:

*U.S. Attorney's Office*   *William Gavras*   *F. Randall Cunliffe*   *U.S. Probation Office*
*April 24, 2006*           *April 24, 2006*   *April 24, 2006*        *April 24, 2006*

*U.S. Marshals Service*
*April 24, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order of Detention filed April 21, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 25, 2006    /s/ Marilyn B. Alcon
                         Deputy Clerk