# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| USA, | Case No. 1:06-cr-00015 |
| Plaintiff, | |
| vs. | |
| Henry Aun Kwang Lim, et al., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the ***Appointment Order and Order of Detention filed April 21, 2006,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Samuel Teker* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *April 24, 2006* | *April 26, 2006* | *April 24, 2006* | *April 24, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Appointment Order and Order of Detention filed April 21, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 26, 2006                                   /s/ Marilyn B. Alcon
                                                                      Deputy Clerk