♦AO83 (Rev. 10/03) Summons in a Criminal Case

RECEIVED
APR 26 2006
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
APR 27 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**THING CHUNG ONG**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: **CR-06-00015-003**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, April 27, 2006 at 2:00 p.m.** |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title ___**18**___ United States Code, Section(s) ___**2, 371 & 1029(a)(3)**___

Brief description of offense:

**CONSPIRACY TO COMMIT FRAUD BY POSSESSING OVER FIFTEEN COUNTERFEIT ACCESS DEVICES**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

**April 26, 2006**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date | 4/27/06 |
|---|---|---|
| Service was made by me on:[1] | | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS, Hayatts, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   4/27/06
            Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.