AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Thing Chung Ong,

    Defendant.

**NOTICE OF HEARING**

CASE NUMBER: 1:06-cr-00015-003

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | **DATE AND TIME**<br>at |

TYPE OF PROCEEDING

*CHANGE OF PLEA*

[ X ] **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>HON. JOHN C. COUGHENOUR | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**MAY 18, 2006 AT 9:30 A.M.** | CONTINUED TO DATE AND TIME<br><br>**MAY 16, 2006 AT 9:00 A.M.** |
|---|---|---|

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 12, 2006          /s/ VIRGINIA T. KILGORE

DATE          /s/ (BY) DEPUTY CLERK

TO:   USA          U.S. PROBATION OFFICE
       F. RANDALL CUNLIFFE      U.S. MARSHAL SERVICE