DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES



**FILED**
DISTRICT COURT OF GUAM
MAY 17 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00015**  **DATE: 5/16/2006**

****************************************************************************************

HON. JOHN C. COUGHENOUR, U.S. DISTRICT JUDGE   Law Clerk:
Official Court Reporter: Wanda Miles              Courtroom Deputy: Julie Mahnke
Hearing Electronically Recorded: 9:00 - 9:10      CSO:

*********************************** A P P E A R A N C E S ***********************************

**DEFT   THING CHUNG ONG**                        **ATTY   F. RANDALL CUNLIFFE**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY:  FRED BLACK                        AGENT:

U.S. PROBATION: CARLEEN BORJA                     U.S. MARSHAL:

****************************************************************************************

**PROCEEDINGS:   CHANGE OF PLEA**

( X ) Defendant present, with counsel.

( X ) Plea Agreement filed.

( X ) Court finds defendant competent to plead.

( X ) Defendant advised of rights, charges and penalties.

(   ) Government summarizes the evidence.

( X ) Guilty plea entered to charges in the Indictment.

( X ) Presentence report ordered.

( X ) Court accepts Plea Agreement.

( X ) Sentencing set:  Sentencing set for August 30, 2006 at 9:00 a.m.

( X ) Other:  PSR due to parties July 10, 2006 and due to Court August 7, 2006.