thingongpsr

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JUL 20 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THING CHUNG ONG, <br><br> Defendant. | CRIMINAL CASE NO. 06-00015-003 <br><br> **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 20th day of July 2006.

                                       LEONARDO M. RAPADAS
                                       United States Attorney
                                       Districts of Guam and NMI

By: _/s/ Frederick A. Black_
            FREDERICK A. BLACK
            Assistant U.S. Attorney